```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GARY S. MARIOTTI | : | |
| | : | |
| DEBTOR | : | NO. 16-11060 (ELF) |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on August 4, 2016 I caused true and correct copies of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

        Frederic J. Baker, Esquire
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        William C. Miller, Esquire
        P.O. Box 1229
        Philadelphia, PA 19105

                        /s/ David B. Spitofsky
                        David B. Spitofsky, Esquire
                        516 Swede Street
                        Norristown, PA 19401
                        Phone No. (610) 272-4555
                        Fax No. (610) 272-2961