United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary S. Mariotti  
    Debtor

Case No. 16-11060-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Sep 08, 2016  
                 Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.  
db          +Gary S. Mariotti,   721 Clymer Lane,   Ridley Park, PA 19078-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:44    City of Philadelphia,  
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                  Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2016 01:48:25  
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                  Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2016 01:48:38    U.S. Attorney Office,  
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr          E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2016 01:44:28    Synchrony Bank,  
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
                  Miami, FL  33131-1605  
                                                                                                                TOTAL: 4

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:  
        DAVID B. SPITOFSKY    on behalf of Debtor Gary S. Mariotti spitofskybk@verizon.net,  
        spitofskylaw@verizon.net  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                        TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GARY S. MARIOTTI | : | |
| | : | |
| DEBTOR | : | NO. 16-11060 (ELF) |

### ORDER APPROVING COUNSEL FEE

    **AND NOW**, this 8th day of September, 2016, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

    **ORDERED** that the Application is approved in the amount of **$3,000.00** and that the balance as stated in the Application, in the amount of **$2,000.00**, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**