# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-11060-ELF

GARY S. MARIOTTI

721 CLYMER LANE

RIDLEY PARK, PA 19078-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GARY S. MARIOTTI

  721 CLYMER LANE

  RIDLEY PARK, PA 19078-

Counsel for debtor(s), by electronic notice only.

  DAVID B. SPITOFSKY ESQUIRE
  LAW OFFICES OF DAVID SPITOFSKY
  516 SWEDE ST
  NORRISTOWN, PA 19401-

Date: 3/10/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee