United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11060-elf
Gary S. Mariotti                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Nov 08, 2017
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db          +Gary S. Mariotti,    721 Clymer Lane,   Ridley Park, PA 19078-1312
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13676816    +David B. Spitofsky, Esquire,   Law Office of David B. Spitofsky,    516 Swede Street,
             Norristown, PA 19401-4807
13758821     Ditech Financial LLC,   PO Box 44265,   Jacksonville, FL 32231-4265
13676820     Ditech Financial LLC,   245 St. Peter Street,   1100 Landmark Towers,   Saint Paul, MN 55102
13676821     I.C. Systems Collections,   P.O. Box 64378,   Saint Paul, MN 55164-0378
13676823    +KML Law Group, P.C.,   Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
             Philadelphia, PA 19106-1538
13676825     Progressive Insurance Company,   P.O. Box 7247-0311,   Philadelphia, PA 19170-0311
13680932    +Santander Consumer USA INC,   PO BOX 560284,   Dallas, Texas 75356-0284
13676827    +Southwest Radiology Ltd.,   190 W. Sproul Road,   Springfield, PA 19064-2027
13676828    +Tammy L. Mariotti,   721 Clymer Lane,   Ridley Park, PA 19078-1312
13676829    +Verizon Pennsylvania,   500 Technology Drive,   Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 09 2017 01:29:49    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2017 01:29:19
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2017 01:29:41    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:26:08    Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13729322     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 01:26:09
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13676819    +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 09 2017 01:30:10
             Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
13676818    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 09 2017 01:29:31    Frederic J. Baker, Esquire,
             Office of U.S. Trustee,   833 Chestnut Street, Suite 500,   Philadelphia, PA 19107-4405
13676822     E-mail/Text: cio.bncmail@irs.gov Nov 09 2017 01:29:06    Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
13676824     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:47:01
             Portfolio Recovery Associates,   120 Corporate Blvd.,   Norfolk, VA 23502
13681968     E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2017 01:26:09
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                  TOTAL: 10


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13676817*   +Gary S. Mariotti,   721 Clymer Lane,   Ridley Park, PA 19078-1312
13676826    ##+Santander Consumer USA,   8585 N Stemmons FW,   Suite 1100 N,   Dallas, TX 75247-3822
                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                           Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: John              Page 2 of 2            Date Rcvd: Nov 08, 2017
                             Form ID: pdf900         Total Noticed: 22

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID B. SPITOFSKY    on behalf of Debtor Gary S. Mariotti spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY S. MARIOTTI                          Chapter 13


                         Debtor              Bankruptcy No. 16-11060-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


**Date: November 8, 2017** _____
                                              Eric L. Frank
                                              ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
GARY S. MARIOTTI

721 CLYMER LANE

RIDLEY PARK, PA 19078-